**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Jose Doe, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE PLAINTIFF'S** |
| | ) | **MAILING ADDRESS** |
| vs. | ) | |
| | ) | |
| Jason T. Olson, Chief of Police, Minot | ) | |
| Police Department; Sgt. Dave Goodman, | ) | |
| in his individual and official capacities; | ) | |
| Detective Thompson, in her individual and | ) | |
| official capacities; Detective Jesse Smith, | ) | |
| in his individual and official capacities; | ) | |
| Criminal Investigation Bureau, and | ) | |
| an Unknown Number of Unknown Federal | ) | |
| (ICE) and City of Minot Agents of Law | ) | Case No. 4:14-cv-119 |
| Enforcement, | ) | |
| | ) | |
| Defendants. | ) | |

On September 25, 2014, plaintiff Jose Doe ("Doe") submitted for filing a proposed *pro se* complaint and an application to proceed *in forma pauperis* ("IFP"). On the day those documents were submitted, the Clerk's Office mailed a "Notice of Direct Assignment" to the address provided by plaintiff. On October 10, 2014, that mailing was returned to the Clerk's Office as undeliverable. The court will not rule on plaintiff's motion to proceed IFP or screen plaintiff's proposed complaint until it confirms that it has a valid mailing address for plaintiff.

The Clerk's Office is directed to mail a copy of this order to the address provided by plaintiff. If plaintiff receives that mailing, plaintiff is directed to contact the court to confirm that the address he originally provided is correct. If that mailing cannot be delivered and plaintiff has not provided the court with updated contact information by the time the mailing is returned as

1

undeliverable, the undersigned will recommend that this action be dismissed without prejudice.

Dated this 16th day of October, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court