IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Jose Doe, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION FOR** |
| | ) | **LEAVE TO FILE UNDER SEAL** |
| vs. | ) | |
| | ) | |
| Jason T. Olson, Chief of Police, Minot | ) | |
| Police Department; Sgt. Dave Goodman, | ) | |
| in his individual and official capacities; | ) | |
| Detective Thompson, in her individual and | ) | |
| official capacities; Detective Jesse Smith, | ) | |
| in his individual and official capacities; | ) | |
| Criminal Investigation Bureau, and | ) | |
| an Unknown Number of Unknown Federal | ) | |
| (ICE) and City of Minot Agents of Law | ) | Case No. 4:14-cv-119 |
| Enforcement, | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is "Minot Defendants' Motion for Leave to File Under Seal" filed February 6, 2015. Defendants Sergeant Dave Goodman, Detective Thompson, and unknown City of Minot Agents of Law Enforcement ("Minot Defendants") request leave to file under seal a number of documents that contain plaintiff's name or information from which plaintiff's true identity can be obtained. The court **GRANTS** the motion (Docket No. 28) and grants the Minot Defendants leave to file the proposed sealed documents (Docket Nos. 28-1 to 28-14) under seal.

Dated this 9th day of February, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court

1