# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Jose Doe, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING** |
| | ) | **STATUS CONFERENCE** |
| vs. | ) | |
| | ) | |
| Jason T. Olson, Chief of Police, Minot | ) | |
| Police Department; Sgt. Dave Goodman, | ) | |
| in his individual and official capacities; | ) | |
| Detective Thompson, in her individual and | ) | |
| official capacities; Detective Jesse Smith, | ) | |
| in his individual and official capacities; | ) | |
| Criminal Investigation Bureau, and | ) | |
| an Unknown Number of Unknown Federal | ) | |
| (ICE) and City of Minot Agents of Law | ) | Case No. 4:14-cv-119 |
| Enforcement, | ) | |
| | ) | |
| Defendants. | ) | |

The court will hold a telephonic status conference in the above-captioned case on March 17, 2015 at 1:30 PM CDT. The court will initiate the conference call.

**IT IS SO ORDERED.**

Dated this 4th day of March, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court

1