# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jose Doe, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Jason Olson, et. al., ) | Case No. 4:14-cv-119 |
| ) | |
| Defendant. ) | |

On July 21, 2017, the Clerk's office received correspondence from plaintiff advising that he had retained attorney Jared P. Marx to represent him on appeal to the United States Supreme Court and request that Mr. Marx be granted access to sealed documents filed in the above-referenced matter, specifically the affidavit filed under seal at Docket No. 33. The court **GRANTS** plaintiff's request (Docket No. 84). The Clerk's office shall provide Mr. Marx with a copy of the affidavit and supporting documents filed under seal at Docket No. 33.

**IT IS SO ORDERED.**

Dated this 21st day of July, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court